UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PEREZ SANCHEZ (A#240-574-327),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE DETENTION FACILITY,<br><br>Respondent. | No. 1:26-cv-05889-DC-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 13) |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 13. Respondent filed objections to the findings and recommendations. ECF No. 14. However, Respondent's arguments have already been properly addressed in the findings and recommendations. Further, although Respondent asserts that "Petitioner did not pursue a custody redetermination hearing under § 1226(a)," as the magistrate judge recognizes in the findings and recommendations, Petitioner did request a custody redetermination hearing before an immigration judge and the

immigration judge took no action on that request. *See* ECF No. 13 at 2. Thus, Respondent's objections provide no basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED;
3. Respondent is ordered to immediately release Petitioner ERIC PEREZ SANCHEZ (A#240-574-327) from their custody and to return all of Petitioner's documents and possessions at the time of release;
4. Respondent is directed to file a notice certifying compliance with the above provisions within three (3) days from the date of this order;
5. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days of notice to Petitioner and provide Petitioner with a bond hearing before an immigration judge at which the government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that his re-detention is warranted;
6. This order does not address the circumstances in which Respondent may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;
7. The Clerk of the Court is directed to serve a copy of this order on the Mesa Verde Detention Facility; and

/////
/////
/////
/////

8. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge